THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED W. KERR et al., Appellants.

*People* v. *Kerr,* 158 App. Div. 912, appeal dismissed.
(Submitted March 23, 1914; decided March 31, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 23, 1913, which affirmed an order of the Kings County Court denying a motion to vacate judgment theretofore entered on account of the forfeiture of a bail bond.

The motion was made on the ground of failure to file the required return and undertaking on appeal.

*James C. Cropsey, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.